# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stamp Jr, Frederick P. | USDC/Northern West Virginia | 12/06/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Senior) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

P.O. Box 791
Wheeling, WV 26003

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee-Emeritus | The Linsly School, Incorporated |
| 2. | Trustee-Emeritus | University of Richmond |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 12/06/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | WesBanco Bank Wheeling Board of Directors Fees |
| 2. | 2018 | Self-Employed Jewelry Manufacturing |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 12/06/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 12/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T | C | Dividend | | | Distributed | 12/12/18 | L | | |
| 2. Abbvie | D | Dividend | M | T | | | | | |
| 3. Automatic Data Processing | E | Dividend | P1 | T | | | | | |
| 4. JP Morgan Chase & Co | E | Dividend | P1 | T | | | | | |
| 5. Bristol Myers Squibb Co. | E | Dividend | P1 | T | | | | | |
| 6. CDK Global Inc | B | Dividend | M | T | | | | | |
| 7. Coca-Cola Co | E | Dividend | O | T | | | | | |
| 8. Chevron Corp | D | Dividend | M | T | | | | | |
| 9. Conocophillips | C | Dividend | M | T | | | | | |
| 10. DowDupont Inc | C | Dividend | M | T | | | | | |
| 11. Dell Technologies | | None | L | T | | | | | |
| 12. Dollar General Corp | A | Dividend | L | T | Buy | 07/16/18 | K | | |
| 13. Exxon Mobil Corp Com | E | Dividend | N | T | | | | | |
| 14. Facebook | | None | K | T | | | | | |
| 15. General Electric | D | Dividend | M | T | | | | | |
| 16. Alphabet Inc Cl A | | None | N | T | | | | | |
| 17. Alphabet Inc Cl C | | None | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 12/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Hazlett, Burt & Watson, Inc. Common Stock | E | Int./Div. | O | U | | | | | |
| 19. Intel Corp | D | Dividend | N | T | | | | | |
| 20. Intercontinental Exchange Group | B | Dividend | M | T | | | | | |
| 21. PPG Corp | C | Dividend | M | T | | | | | |
| 22. Zimmer Biomet Holdings Inc | D | Dividend | O | T | | | | | |
| 23. 3M Company | D | Dividend | M | T | | | | | |
| 24. Century Properties X LP | D | Rent | L | W | | | | | |
| 25. Century Properties XII LP | C | Rent | K | W | | | | | |
| 26. Century Properties XIV LP | A | Rent | K | W | | | | | |
| 27. Century Properties XV LP | C | Rent | L | W | | | | | |
| 28. Century Properties XVI LP | A | Rent | L | W | | | | | |
| 29. Century Properties XVIII LP | B | Rent | K | W | | | | | |
| 30. Century Properties XIX LP | B | Rent | K | W | | | | | |
| 31. Century Properties XX LP | B | Rent | K | W | | | | | |
| 32. Century Properties XXIII | B | Rent | K | W | | | | | |
| 33. MFS WV Muni Bond Fund | E | Int./Div. | | | Sold | 11/16/18 | O | | |
| 34. American Century Mutual Funds Inc Heritage | E | Dividend | M | T | Buy (add'l) | 12/19/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 12/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. T Rowe Price New Horizons | F | Dividend | O | T | Buy (add'l) | 12/17/18 | L | | |
| 36. Federated Gov't Obligatiuons Tax Managed Fund | D | Interest | O | T | Buy (add'l) | 01/03/18 | M | | |
| 37. Federated Short Interim Duration | B | Int./Div. | O | T | Buy | 11/19/18 | O | | |
| 38. Air Products & Chemicals Inc | E | Dividend | O | T | | | | | |
| 39. Apple Computer Inc | E | Dividend | P1 | T | | | | | |
| 40. CR Bard Inc | | None | | | Merged (with line 41) | 01/05/18 | M | | |
| 41. Becton Dickinson & Co | B | Dividend | M | T | Sold (part) | 01/17/18 | J | A | |
| 42. Caterpillar | D | Dividend | N | T | | | | | |
| 43. Chubb Corp | B | Dividend | L | T | | | | | |
| 44. Walt Disney Co | D | Dividend | O | T | | | | | |
| 45. Home Depot | E | Dividend | P1 | T | | | | | |
| 46. Ishares TR Future Issues China | D | Dividend | N | T | | | | | |
| 47. Ishares-TR MSCI Emerging Market Index Fund | C | Dividend | M | T | | | | | |
| 48. Ishares MSCI EAFE ETF | B | Dividend | | | Buy | 02/27/18 | L | | |
| 49. | | | | | Sold | 11/15/18 | L | | |
| 50. Mastercard Inc Cl A | A | Dividend | L | T | Buy | 08/21/18 | L | | |
| 51. Mastercard Inc CL A (partially distributed to line 307) | | | | | Distributed (part) | 12/12/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 12/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MetLife | | None | L | T | Buy | 11/15/18 | L | | |
| 53. Microsoft | E | Dividend | P1 | T | | | | | |
| 54. Paychex Inc | D | Dividend | N | T | | | | | |
| 55. Pepsico | E | Dividend | O | T | | | | | |
| 56. Pinnacle West Cap CP | D | Dividend | N | T | | | | | |
| 57. Proctor & Gamble Co. | D | Dividend | N | T | | | | | |
| 58. Roper Technology Inc | D | Dividend | P1 | T | | | | | |
| 59. Schlumberger Ltd | D | Dividend | M | T | | | | | |
| 60. Varex Imaging Corp | | None | L | T | | | | | |
| 61. Varian Med Sys Inc | | None | O | T | | | | | |
| 62. Verizon Communications | C | Dividend | M | T | | | | | |
| 63. Versum Materials Inc | A | Dividend | L | T | | | | | |
| 64. Visa Inc | A | Dividend | M | T | | | | | |
| 65. Walgreens Boots Alliance Inc | D | Dividend | M | T | | | | | |
| 66. Yum Brands Inc Com | D | Dividend | N | T | | | | | |
| 67. Yum China Hlds Brands | C | Dividend | M | T | | | | | |
| 68. JP Morgan Bank Chase Cash-Equivalent Accounts | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 12/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. WesBanco Bank Cash-EquivalentAccounts | A | Interest | J | T | | | | | |
| 70. General Mills | A | Dividend | K | T | | | | | |
| 71. WesBanco | A | Dividend | J | T | | | | | |
| 72. Riverview Assoc. | D | Rent | K | W | | | | | |
| 73. IRA #1 (Security National) (H) | | | | | | | | | |
| 74. Federated Prime Obligations Fund | A | Dividend | J | T | Buy (add'l) | 01/02/18 | L | | |
| 75. | | | | | Sold (part) | 01/05/18 | L | | |
| 76. Amazon Com Inc | | None | L | T | | | | | |
| 77. Alphabet Inc | | None | K | T | | | | | |
| 78. Amgen | C | Dividend | M | T | | | | | |
| 79. Automatic Data Processing | A | Dividend | K | T | | | | | |
| 80. Blackrock Inc | B | Dividend | K | T | | | | | |
| 81. Colgate Palmolive | A | Dividend | K | T | | | | | |
| 82. IBM | C | Dividend | K | T | | | | | |
| 83. Intel Corp | B | Dividend | K | T | | | | | |
| 84. Ishares MSCI EM Mkt | B | Dividend | L | T | | | | | |
| 85. Ishares MSCI EAFE ETF | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 12/06/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Ishares TR S&P MC 400VL ETF | A | Dividend | K | T | | | | | |
| 87. Ishares TR SP SMCP 600VL ETF | A | Dividend | K | T | | | | | |
| 88. Ishares TR SP SMCP 600GR ETF | A | Dividend | L | T | | | | | |
| 89. Ishares TR S&P MC 400GR ETF | A | Dividend | K | T | | | | | |
| 90. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 91. Chubb Corp | A | Dividend | K | T | | | | | |
| 92. Cisco Systems Inc | B | Dividend | L | T | | | | | |
| 93. Dominion Energy Inc VA | C | Dividend | L | T | | | | | |
| 94. Facebook | | None | K | T | | | | | |
| 95. Home Depot Inc | B | Dividend | L | T | | | | | |
| 96. Paypal Holdings Inc | | None | K | T | | | | | |
| 97. Procter & Gamble Company | B | Dividend | K | T | | | | | |
| 98. Pepsico Inc | B | Dividend | L | T | | | | | |
| 99. PPG Inds Inc | A | Dividend | K | T | | | | | |
| 100. Qualcomm Inc | A | Dividend | K | T | | | | | |
| 101. Quest Diagnostics | A | Dividend | K | T | | | | | |
| 102. General Electric Co. | A | Dividend | | | Sold | 11/19/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 12/06/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Gilead Sciences Inc | A | Dividend | K | T | | | | | |
| 104. MetLife | | None | K | T | Buy | 11/17/18 | K | | |
| 105. Microsoft | B | Dividend | L | T | | | | | |
| 106. Omnicom Group | B | Dividend | K | T | | | | | |
| 107. Schlumberger Ltd | B | Dividend | K | T | | | | | |
| 108. AT&T Inc | B | Dividend | K | T | | | | | |
| 109. Exxon Mobil Corp | B | Dividend | K | T | | | | | |
| 110. Thermo Fisher | A | Dividend | M | T | | | | | |
| 111. 3M Co | A | Dividend | K | T | Buy | 03/01/18 | K | | |
| 112. Ebay Inc | | None | J | T | | | | | |
| 113. United Technologies | B | Dividend | L | T | | | | | |
| 114. Verizon | B | Dividend | L | T | | | | | |
| 115. Visa Inc | A | Dividend | L | T | | | | | |
| 116. Vulcan Materials | A | Dividend | K | T | | | | | |
| 117. Walt Disney Co | B | Dividend | L | T | | | | | |
| 118. Trust #2 (Security National) (H) | | | | | | | | | |
| 119. Federated Tax Free Obligations | C | Dividend | N | T | Buy (add'l) | 01/03/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 12/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Federated Short Interim Duration Muni | A | Int./Div. | N | T | Buy | 11/21/18 | M | | |
| 121. Sterling WV Intermediate Tax Free Fund | D | Int./Div. | | | Sold | 11/20/18 | N | | |
| 122. ConocoPhillips | B | Dividend | L | T | | | | | |
| 123. Caterpillar Inc | C | Dividend | M | T | | | | | |
| 124. CR Bard | | None | | | Merged (with line 125) | 01/05/18 | M | | |
| 125. Becton Dickinson & Co | B | Dividend | M | T | Sold (part) | 01/17/18 | J | A | |
| 126. Blackrock Inc | C | Dividend | M | T | | | | | |
| 127. Intel Corp | C | Dividend | M | T | | | | | |
| 128. IBM | D | Dividend | M | T | | | | | |
| 129. Ishares TR S&P Small Cap 600 Growth | B | Dividend | M | T | Buy (add'l) | 03/22/18 | K | | |
| 130. Ishares TR S&P Small Cap 600 Value | B | Dividend | L | T | Buy (add'l) | 03/22/18 | K | | |
| 131. Ishares MSCI EMG MKT ETF | B | Dividend | | | Buy (add'l) | 03/22/18 | L | | |
| 132. | | | | | Sold | 11/20/18 | M | | |
| 133. Ishares MSCI EAFE ETF | C | Dividend | | | Buy (add'l) | 03/22/18 | L | | |
| 134. | | | | | Sold | 11/20/18 | M | | |
| 135. Ishares TR S&P MC 400GR ETF | B | Dividend | M | T | Buy (add'l) | 03/22/18 | N | | |
| 136. Ishares TR S&P MC 400VL ETF | B | Dividend | M | T | Buy (add'l) | 03/22/18 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Johnson & Johnson | D | Dividend | M | T | | | | | |
| 138. Kraft Heinz Co | B | Dividend | K | T | | | | | |
| 139. Mondelez Intl | A | Dividend | | | Sold | 04/10/18 | L | F | |
| 140. Constellation Brands | D | Dividend | O | T | Sold (part) | 04/10/18 | L | F | |
| 141. Devon Energy | A | Dividend | | | Sold | 04/10/18 | L | E | |
| 142. Eaton Vance Floating Rate I | D | Dividend | M | T | | | | | |
| 143. Ebay Inc | | None | K | T | | | | | |
| 144. Paypal Holdings Inc | | None | M | T | | | | | |
| 145. Procter & Gamble Company | D | Dividend | N | T | | | | | |
| 146. Duke Energy | C | Dividend | M | T | | | | | |
| 147. Quest Diagnostics | C | Dividend | M | T | | | | | |
| 148. Schlumberger LTD | C | Dividend | L | T | | | | | |
| 149. Bristol-Myers Squibb Co. | D | Dividend | M | T | | | | | |
| 150. Zimmer Biomet Holdings Inc | A | Dividend | M | T | | | | | |
| 151. 3M | E | Dividend | O | T | | | | | |
| 152. Omnicom Group | D | Dividend | N | T | | | | | |
| 153. Chevron Corp | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 12/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Chubb Corp | C | Dividend | M | T | | | | | |
| 155. Cisco Systems | D | Dividend | M | T | | | | | |
| 156. Visa Inc | B | Dividend | M | T | | | | | |
| 157. Walt Disney Co | C | Dividend | M | T | | | | | |
| 158. Thermo Fisher | B | Dividend | O | T | | | | | |
| 159. Altria Group Inc | D | Dividend | M | T | | | | | |
| 160. Union Pacific Corp | E | Dividend | O | T | | | | | |
| 161. United Technologies Corp | C | Dividend | M | T | | | | | |
| 162. Verizon Communications | D | Dividend | M | T | | | | | |
| 163. Vulcan Materials | A | Dividend | K | T | | | | | |
| 164. Abbott Labs | B | Dividend | M | T | | | | | |
| 165. Abbvie | D | Dividend | M | T | | | | | |
| 166. Air Products & Chemicals | D | Dividend | N | T | | | | | |
| 167. Amazon Com Inc | | None | M | T | | | | | |
| 168. Apple Inc | B | Dividend | M | T | | | | | |
| 169. Automatic Data Processing | C | Dividend | M | T | | | | | |
| 170. AT&T | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Exxon Mobil Corp | D | Dividend | N | T | | | | | |
| 172.  Facebook Inc | | None | L | T | | | | | |
| 173.  General Mills Inc. | D | Dividend | M | T | Sold (part) | 04/10/18 | K | E | |
| 174.  Gilead Sciences Inc | C | Dividend | L | T | | | | | |
| 175.  Alphabet Inc Cl A | | None | M | T | | | | | |
| 176.  Alphabet Inc Cl C | | None | M | T | | | | | |
| 177.  Grainger WW Inc | D | Dividend | O | T | Sold (part) | 04/10/18 | L | F | |
| 178.  Home Depot | D | Dividend | O | T | | | | | |
| 179.  Microsoft Corp Com | D | Dividend | O | T | | | | | |
| 180.  Oracle Corp Com | D | Dividend | O | T | | | | | |
| 181.  Philip Morris Intl Inc | D | Dividend | M | T | | | | | |
| 182.  CVS | D | Dividend | N | T | | | | | |
| 183.  Trust #3 (H) | | | | | | | | | |
| 184.  AT&T | B | Dividend | K | T | | | | | |
| 185.  Abbott Labs | B | Dividend | L | T | | | | | |
| 186.  Abbvie | C | Dividend | L | T | | | | | |
| 187.  Air Products & Chemicals | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. Altria Group | C | Dividend | K | T | | | | | |
| 189. Amazon Com Inc | | None | L | T | | | | | |
| 190. Dominion Energy Inc VA | B | Dividend | K | T | | | | | |
| 191. Pepsico | C | Dividend | L | T | | | | | |
| 192. Philip Morris Int'l Inc | C | Dividend | K | T | | | | | |
| 193. Intel Corp | C | Dividend | M | T | | | | | |
| 194. Genuine Parts Co. | B | Dividend | K | T | | | | | |
| 195. Harbor Intl I | C | Dividend | | | Sold | 09/19/18 | L | D | |
| 196. Praxair Inc | A | Dividend | | | Merged (with line 197) | 11/30/18 | K | D | |
| 197. Linde PLC | A | Dividend | K | T | | | | | |
| 198. Eaton Vance Floating Rate | C | Dividend | L | T | | | | | |
| 199. 3M Company | C | Dividend | M | T | | | | | |
| 200. Templeton Global Fund Adv | C | Dividend | L | T | | | | | |
| 201. Thermo Fisher Scientific Inc | A | Dividend | L | T | | | | | |
| 202. United Technologies | B | Dividend | L | T | | | | | |
| 203. Vanguard ST Invest Grade | B | Dividend | L | T | | | | | |
| 204. Visa Inc | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Vulcan Materials | A | Dividend | K | T | | | | | |
| 206. Yum Brands | A | Dividend | L | T | | | | | |
| 207. Bristol-Myers Squibb | D | Dividend | M | T | Sold (part) | 03/01/18 | K | E | |
| 208. Canadian Nat'l Ry Co | B | Dividend | L | T | | | | | |
| 209. Chubb Corp | B | Dividend | L | T | | | | | |
| 210. Facebook Inc | | None | L | T | | | | | |
| 211. Occidental Pete Corp | C | Dividend | L | T | | | | | |
| 212. PPG Industries | A | Dividend | L | T | | | | | |
| 213. Raytheon Corp | A | Dividend | K | T | | | | | |
| 214. WEC Energy Group Inc | B | Dividend | K | T | Sold (part) | 03/01/18 | K | E | |
| 215. Entergy Corp New | B | Dividend | K | T | | | | | |
| 216. General Electric Company | C | Dividend | | | Sold | 11/19/18 | K | E | |
| 217. International Business Mach Corp | C | Dividend | L | T | | | | | |
| 218. Ishares MSCI EM Mrkt | A | Dividend | | | Sold | 11/19/18 | M | | |
| 219. Ishares MSCI EAFE Index | D | Dividend | M | T | Buy (add'l) | 09/19/18 | K | | |
| 220. Ishares TR S&P MC 400GR ETF | A | Dividend | K | T | | | | | |
| 221. Ishares TR S&P MC 400VL ETF | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. Ishares SP SMCP 600VL ETF | A | Dividend | K | T | | | | | |
| 223. Ishares SP SMCP 600GR ETF | A | Dividend | K | T | | | | | |
| 224. Ishares Cohen & Steers Rlty | C | Dividend | M | T | | | | | |
| 225. Archer Daniels Midland | B | Dividend | K | T | Sold (part) | 03/01/18 | K | E | |
| 226. Blackrock Inc | B | Dividend | L | T | | | | | |
| 227. Exxon Mobil Corp | D | Dividend | M | T | | | | | |
| 228. Johnson & Johnson | C | Dividend | M | T | | | | | |
| 229. Federated Tax-Free Obligation Fund | B | Dividend | M | T | Buy (add'l) | 01/02/18 | M | | |
| 230. JPMorgan Intermed Tax Free Bond | D | Int./Div. | O | T | Sold (part) | 04/19/18 | J | | |
| 231. JPMorgan Muni Income Fund | B | Int./Div. | L | T | Buy (add'l) | 12/13/18 | J | | |
| 232. | | | | | Sold (part) | 04/19/18 | K | | |
| 233. JPMorgan High Yield Bond Fund | D | Dividend | M | T | | | | | |
| 234. Fidelity Advisor High Inc Adv | D | Dividend | M | T | | | | | |
| 235. Federated Short-Interim Duration Muni | B | Int./Div. | L | T | | | | | |
| 236. General Mills | B | Dividend | K | T | | | | | |
| 237. Verizon | B | Dividend | K | T | | | | | |
| 238. Home Depot | D | Dividend | M | T | Sold (part) | 03/01/18 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Mastercard Inc | | None | K | T | Buy | 08/23/18 | L | | |
| 240. MetLife Inc | | None | K | T | Buy | 11/19/18 | K | | |
| 241. Microsoft Corp Com | D | Dividend | N | T | Sold (part) | 03/01/18 | K | E | |
| 242. Cisco Systems | D | Dividend | M | T | | | | | |
| 243. Coca-Cola | B | Dividend | L | T | | | | | |
| 244. Colgate Palmolive Co | B | Dividend | L | T | | | | | |
| 245. Dodge & Cox Int'l Stock Fund | B | Dividend | L | T | | | | | |
| 246. Trust #4 (Security National) (H) | | | | | | | | | |
| 247. Federated Government Obligations Fund | A | Dividend | K | T | | | | | |
| 248. American Century Value Instl | B | Dividend | K | T | Buy (add'l) | 12/12/18 | J | | |
| 249. American Century Midcap Value I | C | Dividend | K | T | Buy (add'l) | 12/12/18 | J | | |
| 250. Dodge & Cox International Stock | A | Dividend | K | T | | | | | |
| 251. Eaton Vance Floating Rate | A | Dividend | J | T | | | | | |
| 252. Federated High Yield Inst | A | Dividend | J | T | Buy (add'l) | 12/11/18 | J | | |
| 253. Federated Total Rtn Bond | A | Dividend | K | T | | | | | |
| 254. Federated Ultra Short Bond | A | Dividend | K | T | | | | | |
| 255. Fidelity Advisor High Income Adv | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 12/06/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Fidelity Intl Small Cap | B | Dividend | K | T | Buy (add'l) | 12/11/18 | J | | |
| 257. Harding Loevner Int'l Equity | A | Dividend | J | T | Buy | 08/20/18 | J | | |
| 258. Harbor Intl | | None | | | Sold | 08/20/18 | K | | |
| 259. JPMogan Large Cap Growth | C | Dividend | K | T | Buy (add'l) | 12/17/18 | J | | |
| 260. | | | | | Sold (part) | 11/20/18 | J | | |
| 261. Clearbridge Large Cap Growth | A | Dividend | K | T | Buy (add'l) | 12/10/18 | J | | |
| 262. | | | | | Sold (part) | 11/20/18 | J | A | |
| 263. MFS Global Equity | B | Dividend | K | T | Buy (add'l) | 12/17/18 | J | | |
| 264. Metropolitan West Total Return Bond | A | Dividend | K | T | | | | | |
| 265. Northern Small Cap Value | B | Dividend | K | T | Buy (add'l) | 12/21/18 | J | | |
| 266. Primecap Odyssey Aggresive Growth | B | Dividend | K | T | Buy (add'l) | 12/18/18 | J | | |
| 267. | | | | | Sold (part) | 11/20/18 | J | A | |
| 268. T Rowe Price New Horizons | C | Dividend | K | T | Buy (add'l) | 12/17/18 | J | | |
| 269. | | | | | Sold (part) | 11/20/18 | J | A | |
| 270. T Rowe Price Emerging Mkts Stk I | A | Dividend | K | T | | | | | |
| 271. Templeton Global Bond Adv | A | Dividend | J | T | | | | | |
| 272. Vanguard Equity Income Adm | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Vanguard Interim Term Invest Grade | A | Dividend | K | T | | | | | |
| 274. Vanguard Short Term Invest Grade | A | Dividend | K | T | | | | | |
| 275. IRA #2 (HBW) (H) | | | | | | | | | |
| 276. Ishares MSCI EAFE ETF | A | Dividend | J | T | | | | | |
| 277. S&P Midcap 400 ETF | A | Dividend | K | T | | | | | |
| 278. Invesco QQQ TR (formerly Powershares QQQ TR Uunit Ser A) | A | Dividend | K | T | | | | | |
| 279. S&P Depository Rec (S&P 500 ETF) | A | Dividend | K | T | | | | | |
| 280. S&P Dow Jones Indl Avg EFT | A | Dividend | K | T | | | | | |
| 281. Federated Prime Obligation #10 | A | Dividend | J | T | Sold (part) | 01/03/18 | J | | |
| 282. | | | | | Buy (add'l) | 01/03/18 | J | | |
| 283. Federated Gov't Obligation Tax Managed | D | Interest | O | T | Sold (part) | 01/03/18 | N | | |
| 284. Fedetated Short Term Duration | B | Int./Div. | O | T | Buy | 11/19/18 | O | | |
| 285. Air Products & Checmical Inc | C | Dividend | M | T | Buy (add'l) | 08/21/18 | L | | |
| 286. Allegion Pub LTD Co | A | Dividend | L | T | | | | | |
| 287. Amazon.com Inc | | None | N | T | | | | | |
| 288. BB&T | A | Dividend | L | T | Buy | 01/02/18 | M | | |
| 289. Becton Dickinson & Co | B | Dividend | M | T | Buy | 01/02/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 01/17/18 | J | A | |
| 291. Caterpillar | C | Dividend | M | T | | | | | |
| 292. Tapestry | D | Dividend | M | T | | | | | |
| 293. Coca Cola Inc | C | Dividend | M | T | | | | | |
| 294. Exxon Mobil Corp | E | Dividend | N | T | | | | | |
| 295. Facebook Inc | | None | M | T | | | | | |
| 296. Home Depot | D | Dividend | O | T | | | | | |
| 297. Ishares Tr FTSE Xin Hua China | B | Dividend | L | T | | | | | |
| 298. IShares TR MSCI Emerging Mkt | B | Dividend | M | T | Buy (add'l) | 02/27/18 | K | | |
| 299. IShares MSCI EAFE ETF | B | Dividend | | | Buy (add'l) | 02/27/18 | L | | |
| 300. | | | | | Sold | 11/15/18 | L | | |
| 301. IShares TR S&P MC 400GR ETF | A | Dividend | L | T | Buy (add'l) | 02/27/18 | K | | |
| 302. IShares TR S&P MC 400VL ETF | B | Dividend | M | T | Buy (add'l) | 02/27/18 | K | | |
| 303. | | | | | Buy (add'l) | 11/15/18 | L | | |
| 304. IShares TR SP SMCP 600 VL ETF | B | Dividend | M | T | Buy (add'l) | 02/27/18 | K | | |
| 305. | | | | | Buy (add'l) | 11/15/18 | L | | |
| 306. IShares TR SP SMCP 600GR ETF | A | Dividend | L | T | Buy (add'l) | 02/27/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 12/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Mastercard Inc CL A (partially distributed from line 51) | A | Dividend | L | T | Open | 12/12/18 | L | | |
| 308. Microsoft Corp. | D | Dividend | O | T | | | | | |
| 309. MetLife | | None | L | T | Buy | 11/15/18 | L | | |
| 310. Paypal Holdings Inc | | None | N | T | | | | | |
| 311. Pepsico | D | Dividend | N | T | | | | | |
| 312. Pinnacle West Capital Corp | C | Dividend | L | T | | | | | |
| 313. PPG Industries | C | Dividend | M | T | | | | | |
| 314. Varex Imaging Corp | | None | K | T | | | | | |
| 315. Varian Med Sys Inc | | None | N | T | | | | | |
| 316. Walgreens Boots Alliance Inc | B | Dividend | L | T | | | | | |
| 317. Yum Brands Inc Com | C | Dividend | M | T | | | | | |
| 318. Yum China Hldgs | A | Dividend | L | T | | | | | |
| 319. Zimmer Biomet Holdings Inc | A | Dividend | M | T | | | | | |
| 320. 3M Company | D | Dividend | M | T | | | | | |
| 321. Abbvie | D | Dividend | M | T | | | | | |
| 322. Apple Computer Inc | E | Dividend | P1 | T | | | | | |
| 323. AT&T | D | Dividend | | | Sold | 11/15/18 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 12/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. JP Morgan Chase & Co | D | Dividend | M | T | | | | | |
| 325. Blackrock Inc | D | Dividend | M | T | | | | | |
| 326. Bristol Myers Squibb | E | Dividend | O | T | | | | | |
| 327. Chevron Corporation | D | Dividend | M | T | | | | | |
| 328. Chubb Corp | D | Dividend | M | T | | | | | |
| 329. Colgate Palmolive Co | E | Dividend | O | T | | | | | |
| 330. Conocophillips | B | Dividend | M | T | | | | | |
| 331. Ebay Inc | | None | L | T | Buy (add'l) | 08/21/18 | L | | |
| 332. Dell Technologies | | None | K | T | | | | | |
| 333. General Electric\ | C | Dividend | | | Sold | 11/15/18 | L | A | |
| 334. Gilead Sciences Inc | B | Dividend | L | T | | | | | |
| 335. Alphabet Inc Cl A | | None | M | T | | | | | |
| 336. Alphabet Inc Cl C | | None | M | T | | | | | |
| 337. HBW Inc | A | Int./Div. | O | W | | | | | |
| 338. Occidental Petroleum Corp | D | Dividend | M | T | | | | | |
| 339. Ingersoll Rand Co | C | Dividend | N | T | | | | | |
| 340. Intel Corp | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 12/06/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Starbucks | E | Dividend | O | T | | | | | |
| 342. Stifel Finl Corp | A | Dividend | K | T | | | | | |
| 343. Roper Technology Inc | A | Dividend | M | T | | | | | |
| 344. Thermo Fisher Scientific | A | Dividend | M | T | | | | | |
| 345. Verizon Communications | C | Dividend | M | T | | | | | |
| 346. Visa Inc | B | Dividend | N | T | | | | | |
| 347. Vulcan Materials | A | Dividend | | | Sold | 11/15/18 | M | | |
| 348. Wesbanco | D | Dividend | N | T | | | | | |
| 349. MFS WV Muni Bond Fd | E | Interest | | | Sold | 11/16/18 | O | | |
| 350. American Century Mutual Funds Inc Heritage | E | Dividend | M | T | Buy (add'l) | 12/19/18 | K | | |
| 351. T Rowe Price New Horizons A | F | Dividend | O | T | Buy (add'l) | 12/17/18 | L | | |
| 352. Trust #5 (H) | | | | | | | | | |
| 353. Federated Money Market US Treasury Cash Reserves | A | Dividend | J | T | | | | | |
| 354. A&T | A | Dividend | J | T | | | | | |
| 355. Amazon.com Inc | | None | K | T | | | | | |
| 356. Capital One Financial | A | Dividend | J | T | | | | | |
| 357. Cardinal Health | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,000 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 12/06/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358.  Cisco Systems | A | Dividend | K | T | | | | | |
| 359.  Conoco Phillips | A | Dividend | J | T | | | | | |
| 360.  Celgene Corp | | None | J | T | | | | | |
| 361.  Church & Dwight Co | A | Dividend | J | T | | | | | |
| 362.  Continental Resources | | None | J | T | | | | | |
| 363.  Danaher Corp | A | Dividend | K | T | | | | | |
| 364.  Garrett Motion Inc | | None | J | T | Spinoff (from line 366) | 10/01/18 | J | | |
| 365.  General Electric | A | Dividend | J | T | | | | | |
| 366.  Honeywell | A | Dividend | K | T | | | | | |
| 367.  McDonalds | A | Dividend | K | T | | | | | |
| 368.  Microsoft | A | Dividend | K | T | | | | | |
| 369.  Nike Inc | A | Dividend | J | T | | | | | |
| 370.  Oracle Systems | A | Dividend | K | T | | | | | |
| 371.  Phillips 66 | A | Dividend | J | T | | | | | |
| 372.  Resideo Technologies Inc | | None | J | T | Spinoff (from line 366) | 10/01/18 | J | | |
| 373.  PNC Financial Svc Group | A | Dividend | J | T | | | | | |
| 374.  PPG Industries | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. Allergan Inc | A | Dividend | J | T | | | | | |
| 376. WesMark Bond Fund #556 | B | Dividend | L | T | | | | | |
| 377. Trust #6 (H) | | | | | | | | | |
| 378. Federated Money Market US Treasury Reserves | A | Dividend | J | T | | | | | |
| 379. AT&T | C | Dividend | K | T | | | | | |
| 380. Amazon.com Inc | | None | L | T | | | | | |
| 381. Apple Computer | C | Dividend | N | T | | | | | |
| 382. Boeing Company | C | Dividend | M | T | | | | | |
| 383. Bristol Myers Squibb | D | Dividend | N | T | | | | | |
| 384. Celgene Corp | | None | K | T | | | | | |
| 385. Cisco Systems | B | Dividend | L | T | | | | | |
| 386. Coca Cola Co | B | Dividend | L | T | | | | | |
| 387. Commerce Bancshares | B | Dividend | L | T | | | | | |
| 388. Conoco Phillips | A | Dividend | K | T | | | | | |
| 389. Constellation Brands Inc | A | Dividend | K | T | | | | | |
| 390. Continental Resources | | None | K | T | | | | | |
| 391. Exxon Mobil | B | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Nextera Energy | B | Dividend | L | T | | | | | |
| 393. Federated Total Return Bond Fund | D | Dividend | M | T | | | | | |
| 394. Fedex Corp | A | Dividend | K | T | | | | | |
| 395. Garrett Motion Inc | | None | J | T | Spinoff (from line 398) | 10/01/18 | J | | |
| 396. General Electric | B | Dividend | K | T | | | | | |
| 397. General Mills | B | Dividend | K | T | | | | | |
| 398. Honeywell Intl Inc | B | Dividend | L | T | | | | | |
| 399. JP Morgan Chase & Co | D | Dividend | N | T | | | | | |
| 400. Lowes Cos Inc | B | Dividend | L | T | | | | | |
| 401. McDonalds | B | Dividend | L | T | | | | | |
| 402. Mondelez Intl | A | Dividend | K | T | | | | | |
| 403. Nike Inc | A | Dividend | L | T | | | | | |
| 404. Phillips 66 | A | Dividend | K | T | | | | | |
| 405. PPG Industries | B | Dividend | M | T | | | | | |
| 406. Resideo Technologies Inc | | None | J | T | Spinoff (from line 398) | 10/01/18 | J | | |
| 407. Paypal Holdings | | None | M | T | | | | | |
| 408. Vanguard Emerging VIP | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Allergan | B | Dividend | L | T | | | | | |
| 410. WesMark Bond Fund #556 | C | Dividend | N | T | | | | | |
| 411. Trust #7 (H) | | | | | | | | | |
| 412. Wesmark WV Muni Bd Fnd #548 | G | Dividend | P1 | T | Buy (add'l) | 06/29/18 | M | | |
| 413. | | | | | Buy (add'l) | 12/27/18 | M | | |
| 414. Wesmark Small Co Growth Fd #391 | E | Dividend | M | T | | | | | |
| 415. AT&T | D | Dividend | L | T | | | | | |
| 416. Amazon Com Inc | | None | N | T | | | | | |
| 417. Apple Computer | D | Dividend | O | T | | | | | |
| 418. Artisan International Fd #661 | E | Dividend | M | T | | | | | |
| 419. Artisan MidCap Fund Class I | E | Dividend | | | Sold | 12/17/18 | M | | |
| 420. Automatic Data Processing | | None | | | Sold | 02/15/18 | M | F | |
| 421. BP PLC | D | Dividend | M | T | | | | | |
| 422. Boeing Co | D | Dividend | N | T | | | | | |
| 423. Bristol-Myers Squibb Co. | D | Dividend | N | T | | | | | |
| 424. Broadcom | D | Dividend | N | T | | | | | |
| 425. Celgene | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Conoco Phillips | C | Dividend | M | T | | | | | |
| 427. Chevron Corp | F | Dividend | P1 | T | | | | | |
| 428. Cigna Corp | | None | L | T | Buy | 12/18/18 | M | | |
| 429. Cisco Systems | D | Dividend | N | T | | | | | |
| 430. Costco Wholesale Corp | C | Dividend | N | T | | | | | |
| 431. DowDupont Inc | B | Dividend | L | T | | | | | |
| 432. EOG Resources | E | Dividend | P1 | T | | | | | |
| 433. Express Scripts | | None | | | Sold | 02/15/18 | M | F | |
| 434. Facebook Inc | | None | | | Buy | 02/15/18 | M | | |
| 435. | | | | | Sold | 12/18/18 | M | | |
| 436. Federated Intercontinental Fund #176 | | None | M | T | | | | | |
| 437. Fedex | | None | L | T | Buy | 12/18/18 | L | | |
| 438. Fifth Third Bancorp | C | Dividend | L | T | | | | | |
| 439. General Electric Co. | C | Dividend | M | T | | | | | |
| 440. Alphabet Inc Cl A | | None | M | T | | | | | |
| 441. Alphabet Inc Cl C | | None | M | T | | | | | |
| 442. Home Depot | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. 3M | C | Dividend | M | T | | | | | |
| 444. IBM | D | Dividend | M | T | | | | | |
| 445. Invesco Intl Growth Fd Cl I | D | Dividend | M | T | | | | | |
| 446. Mastercard Inc Cl A | B | Dividend | N | T | | | | | |
| 447. Mondelez International | C | Dividend | M | T | | | | | |
| 448. Oracle Systems | B | Dividend | M | T | | | | | |
| 449. PNC Financial Svc | D | Dividend | M | T | | | | | |
| 450. Parker-Hannifin | B | Dividend | M | T | | | | | |
| 451. Pepsico Inc | D | Dividend | M | T | | | | | |
| 452. Phillips 66 | D | Dividend | M | T | | | | | |
| 453. Prime Cap Odyssey Aggressive Growth | D | Dividend | N | T | Buy (add'l) | 12/19/18 | M | | |
| 454. Proctor & Gamble Co | D | Dividend | M | T | | | | | |
| 455. Raytheon Company | A | Dividend | | | Buy | 02/15/18 | M | | |
| 456. | | | | | Sold | 12/18/18 | L | | |
| 457. Texas Instruments Inc | D | Dividend | N | T | | | | | |
| 458. Toll Brothers | A | Dividend | | | Sold | 12/18/18 | L | | |
| 459. Union Pacific Corp | C | Dividend | M | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 42

Name of Person Reporting

Stamp Jr, Frederick P.

Date of Report

12/06/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460. Unitedhealth Group | C | Dividend | M | T | | | | | |
| 461. United Technologies | D | Dividend | N | T | | | | | |
| 462. US Bancorp | | None | M | T | Buy (add'l) | 02/15/18 | M | | |
| 463. WesBanco, Inc. | C | Dividend | M | T | | | | | |
| 464. Zimmer Holdings Inc | A | Dividend | L | T | | | | | |
| 465. Trust #9 (H) | | | | | | | | | |
| 466. Amazon Com Inc | | None | L | T | | | | | |
| 467. Amgen | B | Dividend | K | T | | | | | |
| 468. Apple Computer | C | Dividend | M | T | | | | | |
| 469. Artisan International Fund #661 | D | Dividend | L | T | | | | | |
| 470. Artisan MidCap Fund Cl I | E | Dividend | M | T | | | | | |
| 471. Boeing Co | B | Dividend | L | T | | | | | |
| 472. Celgene | | None | K | T | | | | | |
| 473. Cigna Corp | | None | K | T | Buy | 12/18/18 | K | | |
| 474. Cisco Systems | C | Dividend | M | T | | | | | |
| 475. Continental Resources | | None | | | Sold | 12/18/18 | K | | |
| 476. Costco Wholesale Corp | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,000 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 12/06/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477.  DowDuPont Inc | B | Dividend | K | T | | | | | |
| 478.  EOG Resources | B | Dividend | M | T | | | | | |
| 479.  Express Scripts Holding Co | | None | | | Sold | 02/15/18 | K | D | |
| 480.  Federated Intercontinental Fund #176 | | None | K | T | | | | | |
| 481.  Fedex Corp | | None | K | T | Buy | 12/18/18 | K | | |
| 482.  Haliburton | A | Dividend | K | T | | | | | |
| 483.  Home Depot | B | Dividend | L | T | | | | | |
| 484.  Hotchkis & Wiley Mid Cap Value Fund | B | Dividend | | | Sold | 12/17/18 | K | | |
| 485.  JP Morgan Chase | B | Dividend | L | T | | | | | |
| 486.  Lyondellbasell Industries | A | Dividend | | | Sold | 02/15/18 | K | B | |
| 487.  Marathon Petroleum Corp | | None | K | T | Buy | 12/18/18 | K | | |
| 488.  Mastercard Inc Cl A | A | Dividend | L | T | | | | | |
| 489.  Merck & Comapany | B | Dividend | K | T | | | | | |
| 490.  Microchip Technology | A | Dividend | | | Buy | 02/15/18 | K | | |
| 491. | | | | | Sold | 12/18/18 | K | | |
| 492.  Mondelez Intl | A | Dividend | K | T | | | | | |
| 493.  Nike Inc Class B | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 42

**Name of Person Reporting**

Stamp Jr, Frederick P.

**Date of Report**

12/06/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. PNC Financial Services | B | Dividend | K | T | | | | | |
| 495. 3M | B | Dividend | L | T | | | | | |
| 496. Pepsico | B | Dividend | L | T | | | | | |
| 497. Primecap Odyssey Aggressive Growth | | None | L | T | Buy | 12/19/18 | L | | |
| 498. Raytheon Company | A | Dividend | | | Buy | 02/15/18 | K | | |
| 499. | | | | | Sold | 12/18/18 | K | | |
| 500. Splunk Inc | | None | L | T | | | | | |
| 501. Texas Instruments | C | Dividend | M | T | | | | | |
| 502. Toll Brothers Inc | A | Dividend | | | Sold | 12/18/18 | K | | |
| 503. Union Pacific Corp | A | Dividend | K | T | | | | | |
| 504. Unitedhealth Group | A | Dividend | K | T | | | | | |
| 505. United Technologies | C | Dividend | M | T | | | | | |
| 506. US Bancorp | | None | K | T | | | | | |
| 507. Walmart | | None | K | T | Buy | 12/18/18 | K | | |
| 508. WesMark WV Muni #548 | B | Dividend | J | T | | | | | |
| 509. WesMark Small Co Growth Fund | D | Dividend | L | T | | | | | |
| 510. WesBanco | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 34 of 42

Name of Person Reporting

Stamp Jr, Frederick P.

Date of Report

12/06/2019

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Medtronic PLC | A | Dividend | K | T | Buy | 02/15/18 | L | | |
| 512. Trust #10 (Security National) (H) | | | | | | | | | |
| 513. AT&T | B | Dividend | K | T | | | | | |
| 514. Abbott Labs | A | Dividend | L | T | | | | | |
| 515. Abbvie | C | Dividend | L | T | | | | | |
| 516. Air Prods & Chems Inc | C | Dividend | M | T | Sold (part) | 08/20/18 | J | D | |
| 517. Amazon Com Inc | | None | L | T | | | | | |
| 518. Apple Inc | C | Dividend | M | T | Sold (part) | 08/20/18 | J | D | |
| 519. Caterpillar Inc | B | Dividend | L | T | | | | | |
| 520. Coca Cola Co | A | Dividend | K | T | | | | | |
| 521. Colgate Palmolive | B | Dividend | L | T | | | | | |
| 522. Chubb Corp | A | Dividend | K | T | | | | | |
| 523. CVS Health Corp | A | Dividend | K | T | | | | | |
| 524. Dominion Resources | B | Dividend | K | T | | | | | |
| 525. Duke Energy Corp | B | Dividend | K | T | | | | | |
| 526. Exxon Mobil | C | Dividend | L | T | Sold (part) | 08/20/18 | J | D | |
| 527. Facebook Inc | | None | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. General Electric | A | Dividend | | | Sold | 03/22/18 | K | | |
| 529. Gilead Sciences Inc | B | Dividend | K | T | | | | | |
| 530. Home Depot | C | Dividend | M | T | Sold (part) | 08/20/18 | J | D | |
| 531. Intel | B | Dividend | L | T | | | | | |
| 532. IBM | B | Dividend | K | T | | | | | |
| 533. IShares MSCI EMG MKT ETF | A | Dividend | J | T | | | | | |
| 534. IShares MSCI EAFE ETF | A | Dividend | J | T | | | | | |
| 535. IShares TR S&P MC 400GR | A | Dividend | J | T | | | | | |
| 536. IShares TR S&P MC 400VL | A | Dividend | J | T | | | | | |
| 537. IShares TR SP SMCP 600VL | A | Dividend | J | T | | | | | |
| 538. IShares TR SP SMCP 600GR | A | Dividend | J | T | | | | | |
| 539. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 540. Federated Prime Obligations | B | Dividend | L | T | | | | | |
| 541. Omnicom Gr | B | Dividend | L | T | | | | | |
| 542. Oracle | B | Dividend | L | T | | | | | |
| 543. Pepsico Inc | C | Dividend | L | T | Sold (part) | 08/20/18 | J | D | |
| 544. Proctor & Gamble | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 42

Name of Person Reporting

Stamp Jr, Frederick P.

Date of Report

12/06/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 545. PNC Financial Svcs Group | B | Dividend | K | T | | | | | |
| 546. Thermo Fisher Scientific Inc | A | Dividend | M | T | Sold (part) | 08/20/18 | J | D | |
| 547. United Technologies | B | Dividend | L | T | Sold (part) | 08/20/18 | J | D | |
| 548. Visa Inc | A | Dividend | L | T | | | | | |
| 549. Verizon Communications | B | Dividend | L | T | | | | | |
| 550. Zimmer Biomet Holdings Inc. | A | Dividend | L | T | Sold (part) | 08/20/18 | J | D | |
| 551. Trust #11 (Security Nat'l) (H) | | | | | | | | | |
| 552. Federal Prime - Obligations | A | Dividend | K | T | Sold (part) | 01/03/18 | J | | |
| 553. Vanguard ST Investment Grade Fund | C | Dividend | M | T | | | | | |
| 554. AT&T | B | Dividend | K | T | | | | | |
| 555. Abbott Labs | A | Dividend | L | T | | | | | |
| 556. Abbvie | C | Dividend | L | T | | | | | |
| 557. Air Prods & Chems Inc | A | Dividend | K | T | | | | | |
| 558. Alphabet Inc | | None | K | T | Buy | 11/30/18 | K | | |
| 559. Amazon Com Inc | | None | L | T | Sold (part) | 11/30/18 | K | D | |
| 560. Apple Inc | B | Dividend | L | T | Sold (part) | 11/30/18 | K | E | |
| 561. Automatic Data Processing | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

**Stamp Jr, Frederick P.**

Date of Report

12/06/2019

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. Becton Dickinson & Co | A | Dividend | K | T | Buy | 01/03/18 | K | | |
| 563. | | | | | Sold (part) | 01/17/18 | J | A | |
| 564. Blackrock Inc | B | Dividend | K | T | | | | | |
| 565. CVS Health Corp | A | Dividend | K | T | | | | | |
| 566. Caterpillar Inc | B | Dividend | L | T | | | | | |
| 567. Chevron Corporation | B | Dividend | K | T | | | | | |
| 568. Chubb Corp | B | Dividend | K | T | | | | | |
| 569. Cisco Sys Inc | A | Dividend | K | T | | | | | |
| 570. Colgate Palmolive | A | Dividend | K | T | | | | | |
| 571. Conocophillips | B | Dividend | L | T | | | | | |
| 572. DowDupont | A | Dividend | K | T | | | | | |
| 573. Duke Energy | B | Dividend | K | T | | | | | |
| 574. Ebay Inc | | None | K | T | | | | | |
| 575. Exxon Mobil | B | Dividend | K | T | | | | | |
| 576. Thermo Fisher | A | Dividend | M | T | Sold (part) | 11/30/18 | K | E | |
| 577. General Electric Co | A | Dividend | | | Sold | 11/30/18 | J | | |
| 578. Gilead Sciences Inc | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting: **Stamp Jr, Frederick P.**

Date of Report: 12/06/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. Home Depot | C | Dividend | M | T | Sold (part) | 11/30/18 | K | E | |
| 580. IBM | A | Dividend | J | T | | | | | |
| 581. Intel Corp | B | Dividend | L | T | | | | | |
| 582. Ishares MSCI Emerging Mkts | B | Dividend | L | T | Buy (add'l) | 03/22/18 | K | | |
| 583. Ishares MSCI EAFE ETF | B | Dividend | L | T | Buy (add'l) | 03/22/18 | K | | |
| 584. Ishares TR S&P MC 400GR | A | Dividend | L | T | | | | | |
| 585. Ishares TR S&P MC 400VL ETF | A | Dividend | K | T | | | | | |
| 586. Ishares TR SP SMCP 600VL ETF | A | Dividend | L | T | | | | | |
| 587. Ishares TR SMCP 600GR ETF | A | Dividend | L | T | | | | | |
| 588. Johnson & Johnson | C | Dividend | L | T | Sold (part) | 11/30/18 | K | D | |
| 589. MetLife Inc | | None | K | T | Buy | 11/30/18 | K | | |
| 590. Microsoft | A | Dividend | L | T | | | | | |
| 591. Omnicom Group | A | Dividend | K | T | | | | | |
| 592. Paypal Holdings Inc | | None | K | T | | | | | |
| 593. Pepsico Inc | B | Dividend | L | T | | | | | |
| 594. PPG Industries | A | Dividend | K | T | | | | | |
| 595. Praxair | A | Dividend | | | Merged (with line 596) | 10/31/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. Linde PLC | A | Dividend | K | T | | | | | |
| 597. Proctor & Gamble | B | Dividend | K | T | | | | | |
| 598. Qualcomm Inc | B | Dividend | K | T | | | | | |
| 599. Quest Diagnostics | A | Dividend | K | T | | | | | |
| 600. Salesforce Com Inc | | None | K | T | Buy | 11/30/18 | K | | |
| 601. 3M Com | B | Dividend | L | T | | | | | |
| 602. United Technologies | A | Dividend | K | T | | | | | |
| 603. Verizon Communications | B | Dividend | K | T | | | | | |
| 604. Visa Inc | B | Dividend | M | T | Sold (part) | 11/30/18 | K | D | |
| 605. Wallgreens Boots Alliance Inc | B | Dividend | L | T | | | | | |
| 606. Zimmer Holdings | A | Dividend | K | T | | | | | |
| 607. IRA #3(Security Nat'l) (H) | | | | | | | | | |
| 608. Federated Government Obligations Prem | A | Dividend | J | T | Buy (add'l) | 04/18/18 | J | | |
| 609. Vanguard Global Equity Inv | A | Dividend | J | T | Buy (add'l) | 12/19/18 | J | | |
| 610. JCS HBW 1 (H) | | | | | | | | | |
| 611. Fidelity Govt MMKT Capital Reserves CL | A | Dividend | J | T | Buy | 01/03/18 | J | | |
| 612. Applied Materials Inc | A | Dividend | J | T | Buy | 01/11/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Sold (part) | 12/28/18 | J | | |
| 614. Huazhu Group Ltd Sponsored ADR 1 Ord Shs | A | Dividend | | | Buy | 01/11/18 | K | | |
| 615. | | | | | Sold | 12/28/18 | K | | |
| 616. Nvidia Corp | A | Dividend | J | T | Buy | 01/11/18 | K | | |
| 617. | | | | | Sold (part) | 12/28/18 | K | | |
| 618. 3M Company | A | Dividend | K | T | Buy | 03/05/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Frederick P. Stamp Jr**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544